The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAMLAWANTI GOUNDER a/k/a KALMA GOUNER, individually, and the marital community composed of KAMLAWANTI GOUNDER and JOHN DOE GOUNDER,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a national banking association; and DOES 1-10,<br><br>Defendants. | No. 2:17-cv-00846- RSM<br><br>**STIPULATED MOTION FOR ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kamlawanti Gounder a/k/a Kalma Gouner, individually, and the marital community composed of Kamlawanti Gounder and John Doe Gounder ("Gounder") and Defendant JPMorgan Chase Bank, N.A. ("Chase") stipulate and move the Court that the above captioned action shall be dismissed without prejudice and without an award of fees or costs to any party.

DATED: September 19, 2017

 */s/ Vanessa K. Fosdal*
Jeffrey Smoot, WSBA #39335
Vanessa Kate Fosdal, WSBA #51277
Law Office of Jeffrey L. Smoot
1725 SW Roxbury Street, Suite 2
Seattle, WA 98106-2752
Telephone: (206) 823-1829
E-Mail: jeff@jeffsmootlaw.com
*Attorney for Plaintiff Kamlawanti Gounder*

STIPULATED MOTION FOR
ORDER OF DISMISSAL — 1

4810-8969-9664v.1 0036234-000652

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED: September 19, 2017      /s/Frederick A. Haist
Frederick A. Haist, WSBA #48937
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7112
E-Mail: frederickhaist@dwt.com
*Attorneys for Defendant JPMorgan Chase Bank N.A.*

**ORDER OF DISMISSAL**

THIS MATTER having come on before the Court by the above stipulation of the parties, the stipulation being incorporated fully by reference herein, and the Court, having reviewed the foregoing stipulation, and the file, and being fully informed herein, now, therefore,

ORDERS that Plaintiff Kamlawanti Gounder a/k/a Kalma Gouner, individually, and the marital community composed of Kamlawanti Gounder and John Doe Gounder's ("Gounder") Complaint is dismissed against Defendant JPMorgan Chase Bank, N.A. without prejudice and without costs and fees to any party.

DATED this 19 day of September 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR
ORDER OF DISMISSAL — 2
4810-8969-9664v.1 0036234-000652

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700